IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AZARIAH MILLER ) | |
| ) | |
| Petitioner, ) | CIVIL ACTION FILE |
| ) | |
| v. ) | NO. 1:22-CV-630-MHC |
| ) | |
| ) | |
| STEFFON DILLON MOORE ) | |
| ) | |
| Respondent. ) | |

## VOLUNTARY DISMISSAL

Plaintiff, by and through undersigned counsel, hereby voluntarily dismisses the above-styled action without prejudice.

On this 7th day of April 2022.

Respectfully submitted,

_____
Samantha Embry
Georgia Bar No. 763455

**Atlanta Family & Immigration Law**
2860 Church Street
Atlanta, GA 30344
Telephone: (678) 601-5580
Facsimile: (678) 601-6474
Email: lawoffice@judithdeluspa.com
Samantha@JudithDelusPA.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AZARIAH MILLER | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 1:22-CV-630-MHC |
| | ) | |
| | ) | |
| STEFFON DILLON MOORE | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This will certify that I have this day caused to be served a copy of the within and foregoing *Dismissal* upon the following party by regular mail and email to:

**Pro Se Defendant**
Steffon Dillon Moore
4760 Snap Creek Lane
Decatur, GA 30035

On this 7th day of April 2022.

Respectfully submitted**,**

_____
Samantha Embry
Georgia Bar No. 763455

**Atlanta Family & Immigration Law**
2860 Church Street
Atlanta, GA 30344
Telephone: (678) 601-5580
Facsimile: (678) 601-6474
lawoffice@judithdeluspa.com
Samantha@JudithDelusPA.com