IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AZARIAH MILLER,<br><br>    Petitioner,<br><br>v.<br><br>STEFFON DILLON MOORE,<br><br>    Respondent. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-630-MHC |

## ORDER

This matter is before the Court on Petitioner's Notice of Voluntary Dismissal [Doc. 16], which the Court is treating as a motion to dismiss pursuant to Federal Rule of civil Procedure Rule 41(a)(2). See Apr. 12, 2022, Order [Doc. 17]. The Court ordered respondent to file any objection to dismissal by April 20, 2022. Id. Respondent has failed to respond, rendering Petitioner's motion to dismiss unopposed. See Kramer v. Gwinnett Cnty., 306 F. Supp. 2d 1219, 1221 (N.D. Ga. 2004) ("a party's failure to respond to any portion or claim in a motion indicates such portion, claim or defense is unopposed"); LR 7.1B, NDGa ("Failure to file a response shall indicate that there is no opposition to the motion.").

Accordingly, it is hereby **ORDERED** that Petitioner's Notice of Voluntary Dismissal [Doc. 16], which the Court is treating as a motion to

dismiss pursuant to Rule 41(a)(2), is **GRANTED**. The above-styled lawsuit is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED** this 21st day of April, 2022.

_____
MARK H. COHEN
United States District Judge